UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22799-CIV-LENARD/TURNOFF

**TRISHA ROCHA**,

    Plaintiff,

v.

**CARNIVAL CORPORATION,**

    Defendant.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 26) AND DENYING DEFENDANT'S MOTION TO DISMISS (D.E. 7)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 26), issued on January 12, 2011, recommending the Court deny Defendant's Motion to Dismiss the Complaint (D.E. 7), filed on September 7, 2010. Therein, the Parties were provided fourteen (14) days to file objections to the Report. To date, neither side has filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 26), issued on January 12, 2011, is **ADOPTED**;

2. Defendant's Motion to Dismiss (D.E. 7), filed on September 7, 2010, is **DENIED**;

3. Defendant has fourteen (14) days from the date of this Order to answer the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of February, 2011.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**